Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MALCOLM CARPENTER

MAY 2 3 2024

**U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301**

*Your full name*

## FEDERAL TORTS CLAIM ACT
## COMPLAINT

v.

Civil Action No.: **3:24 - cv - 63**
*(To be assigned by the Clerk of Court)*

Groh, Trumble, Sims

UNITED STATES OF AMERICA

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: **Malcolm Carpenter**    Inmate No.: **20276-424**
Address: **F.C.I. Gilmer / P.O. box 6000 / F.C.I. Lane,
Glenville, West Virginia, 26351**

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution:    **F.C.I. Gilmer**

A.    Is this where the events concerning your complaint took place?
☑ Yes    ☐ No

---

*United States District Court*                    7                    *Northern District of West Virginia-2013*

Attachment A

If you answered "NO," where did the events occur?

_____N/A_____

_____

_____

## IV.    PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    □ Yes    ☑ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____N/A_____
Defendant(s): _____N/A_____

_____

2.    Court: _____N/A_____
      *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _____N/A_____

4.    Basic Claim Made/Issues Raised: ____N/A_____

_____

_____

_____

5.    Name of Judge(s) to whom case was assigned: ___N/A_____

_____

6.    Disposition: _____N/A_____
      *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing lawsuit: _____N/A_____

Attachment A

8.     Approximate date of disposition. Attach copies: __N/A_____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes     ☒X No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. ____N/A_____

E.     Did you exhaust <u>ALL</u> available administrative remedies?
☐ Yes     ☒XNo

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. ____N/A_____

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): _____N/A_____

Attachment A

2. Name and location of court and case number: ___N/A___

3. Grounds for dismissal:  □ frivolous  □ malicious  
   □ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: ___N/A___

5. Approximate date of disposition: ___N/A___

## V. ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A. Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?  
☑ Yes  □ No

B. If your answer is "YES," answer the questions below:

   1. Identify the type of written claim you filed: __personal injury__

   2. Date your claim was filed: __February 14, 2024__

   3. Amount of monetary damages you requested in your claim:  
      __$ 10,000,000.00 dollars__

   4. If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

      I. Date of the written acknowledgment: __February 26, 2024__  
      ii. Claim Number assigned to your claim: __TRT-MXR-2023-05789__

C. If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?  □ Yes  ☒XNo

Attachment A

D.   If your answer is "YES," answer the questions below:

   1.   Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:
   <u>N/A</u>
   _____
   _____

   2.   Identify the type of written claim(s) you filed: <u>N/A</u>
   _____

   3.   Date your claim(s) were filed: <u>N/A</u>

   4.   Amount of monetary damages you requested in your claim(s):
   <u>N/A</u>

   5.   If you received a written Acknowledgment of receipt of your claim(s), state the:   N/A

      I.   Date of the written Acknowledgment: <u>N/A</u>

      ii.   Claim Number assigned to your claim: <u>N/A</u>

E.   If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
   ☑ Yes          ☐ No

   1.   If you answered "YES," state the:

      I.   Date you requested reconsideration: <u>**February 14, 2024**</u>

      ii.   Date the agency acknowledged receipt of your request for reconsideration: <u>**February 26, 2024**</u>

Attachment A

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.   **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.   Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.   Do not give any legal arguments or cite any cases or statutes.   If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1:  Medical Negligence- the institutional medical staff's delay in providing the Plaintiff with the surgery needed to prevent the Plaintiff from becoming crippled in his left leg  resulted in permanent damage to the left calf muscle and the achilles tendon.

Supporting Facts:  On the date of January 21, 2023, the Plaintiff was outside playing basketball when he felt the achilles tendon tear in his left leg. At which time he immeadiately fell to the ground in pain. When the recreation officer came over to see what had

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:  MAT./DR. E. McCOY, HSA. Shea Thomas were responsible for ensuring that the Plaintiff received immeadiate surgery that was required to prevent the permanent damage to his left leg. It was their negligence that resulted in the permanent damage to the left leg.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," please explain:  Both of these individuals are responsible for consulting with the specialists and scheduling the dates of the operations that is required for inmates that require surgery.

CLAIM 2: _____

_____

_____

Claim one:

Supporting facts continued: occured, I was instructed to go to medical right away to see how bad the damage was to the back of left leg near the ankle. When I went to medical I was given some ace bandages and a pair of crutches by a nurse assistant and was told to come back on Monday when the P.A. comes in to work. On the datre of January 23rd, I was given x-rays then on the 27th of January, I was taken to the local hospital in Weston for a CAT scan. On Wensday, February 2, 2023, I was informed that I needed surgery immeadiately due to the nature of the injury. On the date of March 24, 2023, I was again seen by the surgeon in Huntington, W.V. for consultation. He informed me that the surgery should have been done within six weeks after it occured and that due to the extreme delay that there may be complications and that the achiles tendon may not heal properly and that if that is the case, I may be crippled for life. I was further informed that irregardless of the outcome that the extreme delay in having the surgery needed would prevent me from participating in sports, and that there is a small chance that I may be able to use my left leg in a limited capacity.

On the date of April 12, 2023, the surgery was preformed at the nearest hospital in Ohio. I was informed that after the surgery that I would have to stay in the hospital for a follow up by the surgeon. However, immeadiately after the surgery I was returned to the institution. After the surgery I was scheduled for an appointment withbthe orthopedic therapist, however, I was never taken to any of the appointments. Since the surgery my achilles tendon has not healed properly and I was recently instructed to stay in the assigned wheel chair due to the ongoing problems with the achilles tendon. I was later informed by the medical care provider that a majority of my achilles tendon had to be cut off due to atrophy caused by the delay in having the surgery.

12 (a)

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☐ Yes      ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 3: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☐ Yes      ☐ No

Attachment A

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     □ Yes     □ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. __As a result of the negligence by medical staff in delaying the needed surgery, I have sustained a permanent injury to my achilles tendon that prevents me from the full use of my left leg and that requires me to need assistance in walking and prevents me from standing for long periods of time and prevents me from participating in any sports activities.__

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* As the nature of the relief sought, I am requesting the sum of $ 10,000,000.00 dollars as compensation for the permanent injury to my left leg.

_____

_____

_____

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __F.C.I. Gilmer_____ on __April 16, 2024____.
                (Location)                                      (Date)

_____
Your Signature

## SWORN AFFIDAVIT

State of: West Virginia
County of: Gilmer

I, Malcolm Carpenter, do so swear that the facts that are stated herein are true and exact to the best of my personal knowledge under the penalties of perjury pursuant to Title 28 U.S.C. § 1746: and Title 18 U.S.C. § 1621.

Executed this 17th day of April 2024

_____
Malcolm Carpenter
Reg. No. # 20276-424

On the date of January 15, 2024, I submitted a personal injury tort claim under the administrative tort claim standard form SF-95 to the Mid-Atlantic Regional office. The office of the General Counsel rejected the the claim as being duplicate of an earlier claim that was, rejected as being legally insufficient.

After correcting the error the Plaintiff refiled his claim for compensation due to the nature of the injury. The Office of the Regional Counsel refused to consider the personal injury tort claim or to offer a settlement of the claim as authorized under the Bureau of Prisons Program Statement § 543.32 Processing the Claim. The Plaintiff has complied with the governing procedures for filing an administrative tort claim for personal injury as a result of the negligence of Bureau Of Prisons Employee's.

After receiving the response from the Regional Counsel, the Plaintiff filed a Federal Tort Claim in the district court of jurisdiction.

_____
Malcolm Carpenter
Reg. No. # 20276-424